# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### RENO, NEVADA

| | |
|---|---|
| DUKE FREDERICK CRANFORD, | 3:10-cv-00057-LRH-VPC |
| | C/A #: 10-16613 |
| Petitioner/Appellant, | |
| | ORDER ON MANDATE |
| vs. | |
| HOWARD SKOLNIK and NEVADA ATTORNEY GENERAL, | |
| Respondents/Appellees. | |

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on November 3, 2010, issued its mandate that the appeal is DISMISSED for lack of jurisdiction and all pending motions are DENIED as moot. The Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

DATED this 8th day of November, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE